ASA W. WICKES, RESPONDENT, v. THE ADIRONDACK COMPANY, APPELLANT.

*Possession — evidence of ownership — R. R. bonds negotiable*

Possession of personal property is presumptive evidence of ownership; and this rule applies to all personal property, and to negotiable paper.*
Railroad bonds are negotiable, and will pass by delivery. †

APPEAL from a judgment entered on the report of a referee in favor of the plaintiff in an action brought to recover the interest on two bonds of $1,000, payable to Thomas C. Durant or bearer, executed by the defendant.

*A. Pond*, for the appellant.

*Irving Browne*, for the respondent.

Opinion by MILLER, P. J.

Present—MILLER, P. J., BOCKES and BOARDMAN, JJ.

Judgment affirmed, with costs.